## The State *vs.* Hiner.

This was an indictment, in the Crawford Circuit Court, at August term, 1843, against Hiner for keeping a ten pin alley. The indictment was quashed on motion, and the State brought the case here by writ of error. In principle, the case is entirely within the decision in *The State vs. Hanger and Bell*, ante—and the decision therein is applied to this. Judgment reversed.